Case Number: AT 3330-0083

Location of Search:
York County Parcel 599-000-00-26

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | 19 Pitt Bull Type Dogs |

On September 25, 2022 at 1650 hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

__X__ A copy of this inventory was provided to the following person:

Name: James McCollough                Signature:
Address: 1802 Squire Road, Rock Hill, S.C.

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer:                     Witness:

Printed Name:                          Printed Name:

Date: 2022.10.28 14:30:34 -04'00'